

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2018

No. 04-17-00674-CV

Christopher Todd **RUST,**
Appellant

v.

Aslynn Tanis **RUST,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-470
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

On March 2, 2018, this Court issued an order in this appeal. On March 5, 2018, Appellant Christopher Todd Rust filed a "Motion for Rehearing" asking us to reconsider our order of March 2, 2018. On March 6, 2018, appellant filed a "Motion to Withdraw Request for Temporary Injunction and Continue Consideration for Writ of Mandamus."

Appellant's motion to reconsider our order of March 2, 2018 is DENIED. With regard to appellant's "Motion to Withdraw Request for Temporary Injunction and Continue Consideration for Writ of Mandamus," we had previously denied appellant's request for a temporary injunction. We acknowledge that appellant no longer is seeking such relief. To the extent appellant is requesting that a writ of mandamus issue, his petition is DENIED.

We reiterate that appellant's "Petition for Writ of Mandamus" filed on March 1, 2018 will be treated as an appellant's brief. Appellee's brief remains due on April 2, 2018. As noted in our previous order, motions for extension of time will be disfavored.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2018.



KEITH E. HOTTLE,
Clerk of Court